**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVIAN J. RIVERA,<br>Plaintiff,<br>v.<br>UNIVERSAL CITY STUDIOS LLC, ET AL.,<br>Defendants. | Case No. 2:26-cv-03744-MWC-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DKT. [15])** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion to Remand, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion to Remand is DENIED. (Dkt. 15.)

DATED: August 25, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE